IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-025-MOC-DCK

| | |
|---|---|
| 3SIXTY DUTY FREE & MORE HOLDINGS, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LIBERTY MUTUAL HOLDING COMPANY, INC., ) | |
| LIBERTY MUTUAL GROUP, INC., LMHC ) | |
| MASSACHUSETTS HOLDINGS, INC., AND ) | |
| EMPLOYERS INSURANCE COMPANY OF ) | |
| WAUSAU, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by T. Nicholas Goanos, concerning Melissa M. D'Alelio, on February 4, 2022. Melissa M. D'Alelio seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Melissa M. D'Alelio is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: February 4, 2022

David C. Keesler
United States Magistrate Judge