IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-025-MOC-DCK

| | |
|---|---|
| 3SIXTY DUTY FREE & MORE HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIBERTY MUTUAL HOLDING COMPANY, INC., ET AL., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by F. William DeVore IV, concerning Robert Salkowski, on February 28, 2022. Robert Salkowski seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Robert Salkowski is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 28, 2022

David C. Keesler
United States Magistrate Judge