# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| 3Sixty Duty Free & More Holdings, LLC**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00025-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Liberty Mutual Holding Company, Inc. | ) | |
| Liberty Mutual Group, Inc. | ) | |
| LMHC Massachusetts Holdings, Inc. | ) | |
| Employers Insurance Company of Wausau**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2022 Order.

July 26, 2022

Frank G. Johns, Clerk
United States District Court